United States District Court
Southern District of Texas
**ENTERED**
December 15, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES DRESSER IV, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-1285 |
| | § | |
| VARUN MISHRA, *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On October 2, 2017, the Court called this case for trial. The plaintiff, Charles Dresser, IV, appeared in court with his attorneys and announced ready for trial. The defendants, Varun Mishra and Collin King, appeared in court with their attorneys and announced ready for trial. The Court determined that it had jurisdiction over the parties to this proceeding. The Court then impaneled and swore the jury, which heard the evidence and arguments of counsel. The Court submitted questions, definitions, and instructions to the jury. In response, the jury made findings that the Court received, filed, and entered of record. The Court hereby renders judgment for the plaintiff, Charles Dresser, IV.

Based on the jury's verdict, the Court finds that Varun Mishra breached his agreement to pay Charles Dresser, IV a salary and to reimburse Charles Dresser, IV for his reasonable business expenses in the amount of $90,000.00. The Court orders that Charles Dresser, IV shall recover from Varun Mishra $90,000.00 and pre-judgment interest on that amount at the rate of 5% per annum from March 24, 2016 through the date of this Judgment.

The Court ORDERS that defendants, Varun Mishra and Collin King, take nothing by their counterclaims and that the plaintiff, Charles Dresser, IV, takes nothing against Collin King. The Court further awards costs of court only against Varun Mishra.

The Court HOLDS that the plaintiff, Charles Dresser, IV, requested reasonable and necessary attorneys' fees regarding the breach of contract claim in the amount of $300,000.00; $50,000.00 if this case is unsuccessfully appealed to the Fifth Circuit by Varun Mishra, and $50,000.00 is this case is appealed to the United States Supreme Court by Varun Mishra should be granted.

The Court ORDERS Varun Mishra to pay Charles Dresser, IV $ 300,000.00 for reasonable and necessary attorneys' fees regarding the breach of contract claim $50,000.00 in reasonable and necessary attorneys' fees if this case is appealed unsuccessfully to the Fifth Circuit by Varun Mishra, and $50,000.00 in reasonable and necessary attorneys' fees if this case is appealed unsuccessfully to the United States Supreme Court by Varun Mishra.

Post-judgment interest is payable on all of the above amounts allowable by law at the rate of 1.66% from the date this Judgment is entered until the date this Judgment is paid in full. The Court denies all the relief not granted in this Judgment.

This is a Final Judgment.

SIGNED on this 15th day of December, 2017.

Kenneth M. Hoyt
United States District Judge