IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES DRESSER, IV, § § Plaintiff, § § v. § § VARUN MISHRA AND COLLIN KING, § § Defendants. § | CASE NO. 4:16-CV-1285 |

## NOTICE OF SATISFACTION OF JUDGMENT

Plaintiff Charles Dresser, IV ("Dresser") hereby notifies the Court that the Final Judgment entered by this Court on December 15, 2017 against Varun Mishra ("Mishra") and in favor of Dresser, for $90,000.00 and pre-judgment interest on that amount at the rate of 5% per annum from March 24, 2016 through the date of Judgment; reasonable and necessary attorneys' fees in the amount of $300,000.00; costs of court in the amount of $15,947.71[1]; and post-judgment interest on all the above amounts as allowable by law at the rate of 1.66% [Doc. 182] ("Final Judgment") has now been paid, fully satisfied, and is discharged. Dresser hereby fully and forever releases and discharges Mishra from the Final Judgment.

Dated: January 17, 2018.

---

[1] Costs of court taxed on December 27, 2017.

2

Respectfully Submitted,

**PORTER HEDGES LLP**

By: /s/ Ray T. Torgerson
    **Ray T. Torgerson**
    State Bar No. 24003067
    S.D. Tex. Bar No. 22846
    1000 Main St., 36th Floor
    Houston, Texas 77002
    (713) 226-6650 (telephone)
    (713) 228-1331 (facsimile)
    *rtorgerson@porterhedges.com*

**ATTORNEY FOR PLAINTIFF CHARLES DRESSER, IV**

**OF COUNSEL:**

**Kelly M. Walne**
State Bar No. 24075239
S.D. Tex. Bar No. 1129438
801 Third Street, Suite 102
Marble Falls, Texas 78654
(830) 637-7418 (telephone)
(830) 637-7419 (facsimile)
*kelly@walnelaw.com*

**Lisa A. Kollenberg**
State Bar No. 24097950
S.D. Tex. Bar No. 2818871
1000 Main St., 36th Floor
Houston, Texas 77002
(713) 226-6755 (telephone)
(713) 228-6355 (facsimile)
*lkollenberg@porterhedges.com*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of January, 2018, the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

    Felicia L. Harris
    Robert S. Ballentine
    Andrew Parma
    BARRY CONGE HARRIS LLP
    1800 West Loop South, Suite 750
    Houston, Texas 77027
    *fharris@barrycongeharris.com*
    *rballentine@barrycongeharris.com*
    *dparma@barrycongeharris.com*

                                          /s/ Ray T. Torgerson
                                          Ray T. Torgerson